ROSALIE KAHLE v. PLOCHMAN INC.

May 5, 1980.

Certification to Superior Court, Law Division is granted.

GUTTENBERG SAVINGS & LOAN ASSOCIATION v.
EMILIO RIVERA.

May 5, 1980.

Petition for certification granted. (See 171 *N.J.Super.* 418)

DOLORES LA STELLA v. STOP & SHOP COMPANIES, INC.

May 5, 1980.

Petition for certification denied.